UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

DALQUAVIS WARD,

                    Plaintiff,

    v.                                            Case No. 20-cv-0338-bhl

DAVID BETH,

                    Defendant.

## DECISION AND ORDER

Plaintiff Dalquavis Ward, an inmate confined at the Kenosha County Jail who is representing himself, filed this action under 42 U.S.C. §1983. On March 11, 2021, Ward filed a motion to voluntarily dismiss this case without prejudice. Dkt. No. 21. He also asks the Court to send him copies of the grievances he filed in support of his complaint. Pursuant to Federal Rule of Civil Procedure 41(a)(2), the Court will grant Ward's motion.

**IT IS THEREFORE ORDERED** that Ward's motion to dismiss this case without prejudice (Dkt. No. 21) is **GRANTED**. This case is **DISMISSED without prejudice**. The clerk's office will mail Ward copies of the documents he attached in support of his complaint (Dkt. No. 1-1).

Dated at Milwaukee, Wisconsin this 12th day of March, 2021.

                                       BY THE COURT:

                                       s/ *Brett H. Ludwig*
                                       BRETT H. LUDWIG
                                       United States District Judge